

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** United States of America ex rel. JOHN WALDON

**Defendant(s):** DONALD A. HULICK

**County of Residence:** RANDOLPH

**County of Residence:**

**Plaintiff's Address:**
John Waldron
N-23690
Menard - MND
P. O. Box 711
Menard, IL 62259

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV3277
JUDGE SHADUR
MAGISTRATE JUDGE ASHMAN

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** Q. E. Woodham  *can NOT be Hurt*    **Date:** 06/06/2008

FILED
JUN 0 6 2008 TC
Jun 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT