**FILED**

JUN 6 2008 *aw*
Jun 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

JOHN WALDRON
_____
Plaintiff /PETITIONER

v.

DONALD A HULICK
_____
Defendant(s)/RESPONDENT

08CV3277
JUDGE SHADUR
MAGISTRATE JUDGE ASHMAN

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, JOHN WALDRON_____, declare that I am the ☐plaintiff ☒petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒Yes    ☐No   (If "No," go to Question 2)
   I.D. # N23690_____ Name of prison or jail: MENARD CORRECTIONAL CENTER
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: LESS THAN $10

2. Are you currently employed?    ☐Yes    ☒No
   Monthly salary or wages: N/A
   Name and address of employer: N/A

   a. If the answer is "No":
      Date of last employment: DECEMBER 2003
      Monthly salary or wages: $25
      Name and address of last employer: STATEVILLE BARBER SHOP; STATEVILLE CORRECTIONAL CENTER

   b. Are you married?    ☐Yes    ☒No
      Spouse's monthly salary or wages: N/A
      Name and address of employer: N/A

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages    ☐Yes    ☒No
      Amount    N/A    Received by    N/A

    b.    ☐ Business, ☐ profession or ☐ other self-employment      ☐Yes      ☒No
    Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends      ☐Yes      ☒No
    Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                                                                          ☐Yes      ☒No
    Amount_____ Received by_____

    e.    ☐ Gifts or ☐ inheritances      ☐Yes      ☒No
    Amount_____ Received by_____

    f.    ☐Any other sources (state source:_____)      ☐Yes      ☒No
    Amount_____ Received by_____

4.    Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes      ☒No      Total amount:_____
    In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?      ☐Yes      ☒No
    Property:_____ Current Value:_____
    In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes      ☒No
    Address of property:_____
    Type of property:_____ Current value:_____
    In whose name held:_____ Relationship to you:_____
    Amount of monthly mortgage or loan payments:_____
    Name of person making payments:_____

7.    Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                                                                  ☐Yes      ☒No
    Property:_____
    Current value:_____
    In whose name held:_____ Relationship to you:_____

8.    List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
    _____
    _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 5-30-08

_John Waldron_
Signature of Applicant

JOHN WALDRON
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, JOHN WALDRON, I.D.# N23690, has the sum of $.17 on account to his/her credit at (name of institution) MENARD CC.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

5/29/08
DATE

_Geraldine Berry_
SIGNATURE OF AUTHORIZED OFFICER

GERALDINE BERRY
(Print name)

rev. 10/10/2007

-3-

Date: 5/29/2008
Time: 1:48pm
d_list_inmate_trans_statement_composite

**MENARD Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 12/01/2007 thru End;  Inmate: N23690;  Active Status Only ? : No;  Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print
Balance Errors Only ? : No

**Inmate: N23690 Waldron, John**                    **Housing Unit: MEN-N -05-40**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.60 |
| 12/04/07 | Mail Room | 01 MO/Checks (Not Held) | 3382113 | 10797725924 | Larsen, Betty | 20.00 | 20.60 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341169 | | P/R month of 11/2007 | 10.00 | 30.60 |
| 12/19/07 | Point of Sale | 60 Commissary | 353774 | 688946 | Commissary | -19.77 | 10.83 |
| 01/02/08 | Point of Sale | 60 Commissary | 0027116 | 690374 | Commissary | -8.34 | 2.49 |
| 01/07/08 | Payroll | 20 Payroll Adjustment | 007159 | | P/R month of 12/2007 | 6.46 | 8.95 |
| 02/07/08 | Payroll | 20 Payroll Adjustment | 038159 | | P/R month of 01/2008 | 3.74 | 12.69 |
| 02/13/08 | Point of Sale | 60 Commissary | 044779 | 698598 | Commissary | -7.47 | 5.22 |
| 02/20/08 | Point of Sale | 60 Commissary | 0517120 | 700745 | Commissary | -3.30 | 1.92 |
| 03/06/08 | Point of Sale | 60 Commissary | 0667120 | 703362 | Commissary | -1.70 | .22 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070169 | | P/R month of 02/2008 | 8.16 | 8.38 |
| 04/04/08 | Payroll | 20 Payroll Adjustment | 095169 | | P/R month of 03/2008 | 9.18 | 17.56 |
| 04/11/08 | Disbursements | 84 Library | 102359 | Chk #85336 | 62564, DOC: School Dist. Libra, Inv. Date: 03/20/2008 | -15.30 | 2.26 |
| 04/16/08 | Mail Room | 01 MO/Checks (Not Held) | 1072104 | 11637622405 | Larson, Betty | 20.00 | 22.26 |
| 04/30/08 | Disbursements | 84 Library | 121359 | Chk #85582 | 65953, DOC: School Dist. Libra, Inv. Date: 04/25/2008 | -12.90 | 9.36 |
| 04/30/08 | Disbursements | 81 Legal Postage | 121359 | Chk #85585 | 63358, DOC: 523 Fund Inmate Re, Inv. Date: 03/28/2008 | -8.92 | .44 |
| 05/06/08 | Payroll | 20 Payroll Adjustment | 127159 | | P/R month of 04/2008 | 10.00 | 10.44 |
| 05/07/08 | Point of Sale | 60 Commissary | 128746 | 714542 | Commissary | -10.27 | .17 |

| | |
|---|---|
| Total Inmate Funds: | .17 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .17 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |