UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

John F Waldron
                    Plaintiff,

v.                                       Case No.: 1:08−cv−03277
                                                  Honorable Milton I. Shadur

Donald A. Hulick
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable Milton I. Shadur: Enter Memorandum Order. In sum, "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court". And that being so, the same Rule 4 directs that "the judge must dismiss the petition" − − and this Court does so.Motion to appoint counsel [4] is denied as moot; Motion for leave to proceed in forma pauperis[3] ifp denied. Petitioner is directed to pay the 36;5 filing fee. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.