In the United States District Court
for the Northern District of Illinois
Eastern Division

John Waldron, )
Petitioner, )
)
-vs- )  No: 08 C 3277
)
Donald A. Hulick )
Respondent. )

MHW
FILED
JUL 1 0 2008
7-10-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF APPEAL

Pursuant to Circuit Rule 3(a) notice is hereby given that petitioner, John Waldron, currently confined at Menard Correctional Center, Chester, IL in the County of Randolph, submits the following Notice of Appeal:

1. Petitioner hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgement of the United States District Court, Northern District of Illinois, Eastern Division.

2. Final judgement was entered for the record in the above action on the 11TH day of JUNE, 2008.

Respectfuly Submitted

John Waldron
John Waldron    7-6-08