In the United States District Court
for the Northern District of Illinois
Eastern Division

John Waldron, )
Petitioner, )
)
-vs- ) No: 08 C 3277
)
Donald A Hulick, )
Respondent. )

DOCKETING STATEMENT

Pursuant to Circuit Rule 3(c)(1) and in compliance with Circuit Rule 28(a)(2), petitioner, John Waldron, currently confined at Menard Correctional Center, Chester, IL in the County of Randolph, submits the following Docketing Statement:

1. Petitioner's complaint invoked the District Court's Federal Question Jurisdiction under 28 U.S.C.A. Section 2254 et seq. Petitioner asserts that his pro se complaint stated a claim under 42 U.S.C.A. Section 1983, and the 14th and 6th Amendments to the Constitution of the United States.

2. 28 U.S.C.A. Section 2254 et seq. confers appellate jurisdiction on the Court of Appeals.

3. The judgment to be reviewed, an order denying the petitioner's petition for a writ of habeas corpus, was entered on JUNE 11TH, 2008.

4. The Notice of Appeal, dated 7-6, 2008 was timely filed.

Respectfully Submitted

_John Waldron_
John Waldron