AHN

In the United States District Court
for the Northern District of Illinois
Eastern Division

**FILED**
JUL 1 0 2008 aew
7-10-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

John Waldron, )
Petitioner, )
)
   -vs- ) No: 08 C 3277
)
Donald A. Hulick, )
Respondent. )

APPLICATION TO PROCEED IN FORMA PAUPERIS
TO THE UNITED STATES COURT OF APPEALS, SEVENTH CIRCUIT
WITH SUPPORTING DOCUMENTATION AND ORDER

Pursuant to 28 U.S.C.A. 1915(b) and Circuit Rule 3(b) petitioner, John Waldron, currently confined at Menard Correctional Center, Chester, IL in the County of Randolph, makes application to proceed in forma pauperis with his appeal in the United States Court of Appeals for the Seventh Circuit, and states as follows:

1. Petitioner is appealing from the final judgement of the United States District Court, Northern District, Eastern Division.

2. Final judgement was entered for the record in the above action on the 11TH day of JUNE, 2008.

3. Petitioner proceeded in forma pauperis in the district court.

4. Supporting documentation is in compliance with 28 U.S.C.A. 1915(a)(2).

SUPPORTING DOCUMENTATION

1. Petitioner has no spouse and is not presently employed. However, he does receive a state stipend of less than $10 per month. (See attached Inmate Transaction Statement for the last six months.)

    (a) Petitioner was last employed (prior to his incarceration) _1984_, and received approximately $_1000._ per month.

2. Petitioner has not received, within the past 12 months, any money from the following sources:

    (a) Business, profession or other forms of self-employment;
    (b) Rent payments, interest or dividends;
    (c) Pensions, annuities or life insurance payments;
    (d) Gifts or inheritances;
    (e) Any other sources.

3. Petitioner does not own any cash, or have money in any checking or savings account.

4. Petitioner does not own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property.

5. Petitioner does not have any persons who are dependent upon him for support.

Respectfully Submitted

_John Waldron_
John Waldron

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: __7-6-08__     __John Waldron__
                     Signature of Applicant

__JOHN WALDRON__
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.


**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, __JOHN WALDRON__, I.D.# __N23690__, has the sum of $ __.18__ on account to his/her credit at (name of institution) __MENARD CC__.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

__6/25/08__                    __Geraldine Berry__
DATE                           SIGNATURE OF AUTHORIZED OFFICER

                               __GERALDINE BERRY__
                               (Print name)

rev. 10/10/2007

| | | | | | | | |
|---|---|---|---|---|---|---|---|
Date: 6/25/2008 | | | | | | | Page 1
Time: 1:54pm | | | | | | | |

d_list_inmate_trans_statement_composite

## Menard Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 12/01/2007 thru End;  Inmate: N23690;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: N23690 Waldron, John**  
**Housing Unit: MEN-N -05-40**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.60 |
| 12/04/07 | Mail Room | 01 MO/Checks (Not Held) | 3382113 | 10797725924 | Larsen, Betty | 20.00 | 20.60 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341169 | | P/R month of 11/2007 | 10.00 | 30.60 |
| 12/19/07 | Point of Sale | 60 Commissary | 353774 | 688946 | Commissary | -19.77 | 10.83 |
| 01/02/08 | Point of Sale | 60 Commissary | 0027116 | 690374 | Commissary | -8.34 | 2.49 |
| 01/07/08 | Payroll | 20 Payroll Adjustment | 007159 | | P/R month of 12/2007 | 6.46 | 8.95 |
| 02/07/08 | Payroll | 20 Payroll Adjustment | 038159 | | P/R month of 01/2008 | 3.74 | 12.69 |
| 02/13/08 | Point of Sale | 60 Commissary | 044779 | 698598 | Commissary | -7.47 | 5.22 |
| 02/20/08 | Point of Sale | 60 Commissary | 0517120 | 700745 | Commissary | -3.30 | 1.92 |
| 03/06/08 | Point of Sale | 60 Commissary | 0667120 | 703362 | Commissary | -1.70 | .22 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070169 | | P/R month of 02/2008 | 8.16 | 8.38 |
| 04/04/08 | Payroll | 20 Payroll Adjustment | 095169 | | P/R month of 03/2008 | 9.18 | 17.56 |
| 04/11/08 | Disbursements | 84 Library | 102359 | Chk #85336 | 62564, DOC: School Dist. Libra, Inv. Date: 03/20/2008 | -15.30 | 2.26 |
| 04/16/08 | Mail Room | 01 MO/Checks (Not Held) | 1072104 | 11637622405 | Larson, Betty | 20.00 | 22.26 |
| 04/30/08 | Disbursements | 84 Library | 121359 | Chk #85582 | 65953, DOC: School Dist. Libra, Inv. Date: 04/25/2008 | -12.90 | 9.36 |
| 04/30/08 | Disbursements | 81 Legal Postage | 121359 | Chk #85585 | 63358, DOC: 523 Fund Inmate Re, Inv. Date: 03/28/2008 | -8.92 | .44 |
| 05/06/08 | Payroll | 20 Payroll Adjustment | 127159 | | P/R month of 04/2008 | 10.00 | 10.44 |
| 05/07/08 | Point of Sale | 60 Commissary | 128746 | 714542 | Commissary | -10.27 | .17 |
| 06/05/08 | Payroll | 20 Payroll Adjustment | 157159 | | P/R month of 05/2008 | 10.00 | 10.17 |
| 06/11/08 | Point of Sale | 60 Commissary | 163792 | 722774 | Commissary | -4.04 | 6.13 |
| 06/13/08 | Disbursements | 81 Legal Postage | 165359 | Chk #86321 | 70731, DOC: 523 Fund Reimburse, Inv. Date: 06/03/2008 | -5.95 | .18 |

| | |
|---|---:|
| Total Inmate Funds: | .18 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .18 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |