In the United States District Court
for the Northern District of Illinois
Eastern Division

FILED
JUL 1 0 2008
7-10-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

John Waldron, )
Petitioner, )
)
-vs- )   No: 08 C 3277
)
Donald A. Hulick, )
Respondent. )

MOTION FOR APPOINTMENT OF COUNSEL
ON APPEAL TO THE U.S. COURT OF APPEALS, SEVENTH CIRCUIT

Pursuant to 28 U.S.C.A. 1915(d) and Circuit Rule 51 petitioner, John Waldron, currently confined at Menard Correctional Center, Chester, IL in the County of Randolph, submits the following Motion for Appointment of Counsel:

1. That he is currently a prisoner in the State of Illinois, and that this motion follows petitioner's Motion to Proceed in Forma Pauperis.

2. That he is without sufficient funds or other assets with which to pay an attorney to represent him in this action, or to pay the costs of these proceedings.

3. That this action contains complex legal issues which petitioner, a laymen, cannot properly address due to his lack of formal legal training and experience.

4. That based on the foregoing, petitioner's access to the court will not be meaningful, effective or adequate without assistance of counsel.

Respectfully Submitted

*John Waldron*
John Waldron