---

In the United States District Court
for the Northern District of Illinois
Eastern Division

FILED JUL 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

John Waldron,
Petitioner,

-vs-

Donald A. Hulick,
Respondent.

No: 08 C 3277

## MOTION FOR PRODUCTION OF RECORD ON APPEAL

Pursuant to Fed.R.App.P.10(b) petitioner, John Waldron, currently confined at Menard Correctional Center, Chester, IL in the County of Randolph, submits the following Motion for Production of Record on Appeal.

Petitioner moves this Honorable Court to grant his request for the production of his record on appeal; said record to include pleadings filed, and the exhibits submitted, the transcript of habeas corpus hearings, and a certified copy of all docket entries prepared by the Clerk of the Court.

Further, petitioner requests that additional copies be sent to all parties so concerned in this course of action.

Respectfully Submitted

/s/ John Waldron
John Waldron