In the United States District Court
for the Northern District of Illinois
Eastern Division

FILED
JUL 1 0 2008
7-10-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

John Waldron,              )
Petitioner,                )
                           )
     -vs-                  )    No: 08 C 3277
                           )
Donald A. Hulick,          )
Respondent.                )

DECLARATION UNDER PENALTY OF PERJURY

I, John Waldron, the undersigned, certify and state that:

(1) I am the petitioner in the foregoing captioned legal matter;

(2) I have read the foregoing motions and have knowledge of their contents; and

(3) Under penalties as provided by law, pursuant to 28 U.S.C.A. 1746 and 18 U.S.C.A. 1621 I declare that the statements set forth in this instrument are true and correct to the best of my knowledge.

Date: 7-6-08

John Waldron
Reg. No. N23690
P.O. Box 711
Menard, IL 62259-0711

In the United States District Court
for the Northern District of Illinois
Eastern Division

MHN

FILED
JUL 10 2008
7-10-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

John Waldron, )
Petitioner, )
)
-vs- ) No: 08 C 3277
)
Donald A. Hulick, )
Respondent. )

NOTICE AND PROOF OF SERVICE

Clerk of the Court
U.S. District Court
Northern District of Illinois
Eastern Division
219 South Dearborn, 20th Floor
Chicago, IL 60604
     (1 copy)

Attorney General
State of Illinois
100 W. Randolph Street
12th Floor
Chicago IL 60601
     (1 copy)

Clerk of the Court
U.S. Court of Appeals
Seventh Circuit
219 South Dearborn Street
Chicago, IL 60604
     (1 copy)

    PLEASE TAKE NOTICE that I have placed the documents listed below in the institutional mail at Menard Correctional Center, by enclosing same in sealed envelopes, plainly addressed to the parties listed above, together with appropriate request to prison officials to affix fully prepaid postage thereon:

    (1) Notice of Appeal
    (2) Docketing Statement
    (3) Application for a Certificate of Appealability
    (4) Application to Proceed in Forma Pauperis
    (5) Motion for Appointment of Counsel
    (6) Motion for Production of Record on Appeal

    Under penalty of perjury I aver the foregoing captioned matter to be true and correct to the best of my knowledge.

Date: 7-6-08

John Waldron

John Waldron