## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3277 | **DATE** | 7/14/2008 |
| **CASE TITLE** | USA ex rel. John Waldron vs. Donald A. Hulick | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order and Statement. Petitioner's request for certificate of appealablity is denied. (11-1) Petitioner's application for in forma pauperis is denied. (12-1) The fiscal personnel at Menard are directed to remit the modest $5 filing fee to the District Court's Clerk's office. Petitioner's motion for production of record on appeal is denied as moot. (14-1) Petitioner's motion for anointment of counsel will be left to the Court of Appeals to deal with.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Mailed to Menard Trust Fund Office 7/15/08

| | Courtroom Deputy Initials: | SN |
|---|---|---|