

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                                         312-435-5670

July 28, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Waldron v. Hulick

U.S.D.C. DOCKET NO. : 08cv3277

U.S.C.A. DOCKET NO. : N/A

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)                    1 Volume of Pleadings

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:     (COA Denied pursuant to minute order dated 7/14/2008)

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                        Very truly yours,

                                        Michael W. Dobbins, Clerk

                                        By:_____
                                             G. Jones, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

1 Volume of Pleadings

In the cause entitled: Waldron v. Hulick.

USDC NO.   : 08cv3277

USCA NO.   : N/A

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 28th day of July 2008.

        MICHAEL W. DOBBINS, CLERK

        By: _____
           G. Jones, Deputy Clerk

APPEAL, ASHMAN, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-03277
### Internal Use Only

| | |
|---|---|
| Waldron v. Hulick<br>Assigned to: Honorable Milton I. Shadur<br>Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Date Filed: 06/11/2008<br>Date Terminated: 06/11/2008<br>Jury Demand: None<br>Nature of Suit: 530 Prisoner: Habeas Corpus<br>Jurisdiction: Federal Question |

**Petitioner**

**John F Waldron**  represented by **John F Waldron**
N-23690
Menard - MND
P. O. Box 711
Menard, IL 62259
PRO SE

V.

**Respondent**

**Donald A. Hulick**
*Warden*

**Service List**  represented by **Chief of Criminal Appeals**
Attorney General's Office
100 West Randolph - 12 Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2008 | 1 | RECEIVED Petition for Writ of Habeas Corpus and 1 copies by John F Waldron. (Exhibits) (jmp, ). (Entered: 06/09/2008) |
| 06/06/2008 | 2 | CIVIL Cover Sheet. (jmp, ) (Entered: 06/09/2008) |

| | | |
|---|---|---|
| 06/06/2008 | [3](#) | MOTION by Petitioner John F Waldron for leave to proceed in forma pauperis. (Exhibits) (jmp, ). (Entered: 06/09/2008) |
| 06/06/2008 | [4](#) | MOTION by Petitioner John F Waldron for appointment of counsel. (jmp, ) (Entered: 06/09/2008) |
| ~~06/06/2008~~ | ~~[7](#)~~ | ~~POST MARKED envelope for initiating document by John F Waldron (Document not scanned) (aew, ) (Entered: 06/12/2008)~~ |
| 06/10/2008 | | MAILED copy of petition for writ of habeas corpus to Chief, Criminal Appeals Division. (jmp, ) (Entered: 06/10/2008) |
| 06/11/2008 | [5](#) | MINUTE entry before the Honorable Milton I. Shadur: Enter Memorandum Order. In sum, "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court". And that being so, the same Rule 4 directs that "the judge must dismiss the petition" - - and this Court does so.Motion to appoint counsel [4](#) is denied as moot; Motion for leave to proceed in forma pauperis [3](#) ifp denied. Petitioner is directed to pay the $5 filing fee. Civil case terminated. Mailed notice (srn, ) (Entered: 06/11/2008) |
| 06/11/2008 | [6](#) | MEMORANDUM Order Signed by the Honorable Milton I. Shadur on 6/11/2008:Mailed notice(srn, ) (Entered: 06/11/2008) |
| 06/23/2008 | [8](#) | NOTICE OF OBJECTIONS by John F Waldron to memorandum opinion and order [6](#) . (jmp, ) (Entered: 06/25/2008) |
| 07/10/2008 | [9](#) | NOTICE of appeal by John F Waldron regarding orders [6](#) , [5](#) (ifp pending) (dj, ) (Entered: 07/11/2008) |
| 07/10/2008 | [10](#) | DOCKETING Statement by John F Waldron regarding notice of appeal [9](#) (dj, ) (Entered: 07/11/2008) |
| 07/10/2008 | [11](#) | APPLICATION by Petitioner John F Waldron for certificate of appealability (dj, ) (Entered: 07/11/2008) |
| 07/10/2008 | [12](#) | APPLICATION by Petitioner John F Waldron for leave to appeal in forma pauperis with supporting documentation and order. (dj, ) (Entered: 07/11/2008) |
| 07/10/2008 | [13](#) | MOTION by Petitioner John F Waldron to appoint counsel (dj, ) (Entered: 07/11/2008) |
| 07/10/2008 | [14](#) | MOTION by Petitioner John F Waldron for production of record on appeal. (dj, ) (Entered: 07/11/2008) |
| 07/10/2008 | [15](#) | DECLARATION under penalty of perjury by John Waldron; (Attachments: # [1](#) Notice of Filing)(dj, ) (Entered: 07/11/2008) |
| ~~07/10/2008~~ | ~~[17](#)~~ | ~~POST MARKED envelope for notice of appeal by John F Waldron (Document not scanned) (aew, ) (Entered: 07/16/2008)~~ |
| ~~07/11/2008~~ | ~~[16](#)~~ | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal [9](#) . Notified counsel (dj, ) (Entered: 07/11/2008)~~ |
| 07/14/2008 | [18](#) | MINUTE entry before the Honorable Milton I. Shadur: Enter Memorandum |

| | | |
|---|---|---|
| | | Order and Statement. Petitioner's request for certificate of appealability is denied [11-1]. Petitioner's application for in forma pauperis is denied [12-1]. The fiscal personnel at Menard are directed to remit the modest $5 filing fee to the District Court's Office. Petitioner's motion for production of record on appeal is denied as moot [14-1]. Petitioner's motion for appointment of counsel will be left to the Court of Appeals to deal with.Mailed notice (jmp, ) (Entered: 07/17/2008) |
| 07/14/2008 | 19 | MEMORANDUM Order and STATEMENT Signed by the Honorable Milton I. Shadur on 7/14/2008: Mailed notice (jmp, ) (Entered: 07/17/2008) |
| 07/24/2008 | | (Court only) ***Motions terminated: MOTION by Petitioner John F Waldron to appoint counsel 13 (srn, ) (Entered: 07/24/2008) |

**KEY**

**All circled items are included in this record.**
**All crossed out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**