UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

John F Waldron
                        Plaintiff,

v.                                                 Case No.: 1:08−cv−03277
                                                         Honorable Milton I. Shadur

Donald A. Hulick
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

       MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order. In sum, none of the matters set out in Waldron's June 23 filing alters what this Court said and did in its July 14, 2008 memorandum order and statement, even though this Court then had no knowledge (or notice) of Waldron's June 23 filing. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.